AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 4 2023

TAMMY H. DOWNS, CLERK
BY: _____ DEP CLERK

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JEREMY REED | ) | |
| | ) | Case No.  4:20-cr-00195-JM-01 |
| | ) | USM No.  39470-044 |
| | ) | Edward Schieffler |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s) **Mandatory, Standard, Special** of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Violation of federal, state, or local crime | 08/16/2020 |
| 2 - Standard (1) | Leaving the district without permission | 12/16/2021 |
| 3 - Standard (2) | Failure to report to probation as directed | 01/01/2020 |
| 4 - Standard (11) | Failure to notify probation of contact with law enforcement | 06/27/2020 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1586

Defendant's Year of Birth:   1989

City and State of Defendant's Residence:
Blytheville, Arkansas

08/24/2023
Date of Imposition of Judgment

_/s/ James M. Moody Jr._
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

8/24/23
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT: JEREMY REED
CASE NUMBER: 4:20-cr-00195-JM-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special | Failure to participate in substance abuse treatment as directed | 07/17/2020 |

Judgment — Page 3 of 3

DEFENDANT: JEREMY REED
CASE NUMBER: 4:20-cr-00195-JM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 MONTHS to run consecutive to Mississippi County, Arkansas Circuit Court case no. 47BCR-22-198.  No supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment.  The Court further recommends designation to FCI Forrest City to remain close to family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:





Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL